

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09- 513 |
| v. | : | DATE FILED: July 30, 2009 |
| EMANUEL E. PATTERSON, a/k/a "Manny" | : | VIOLATIONS: |
| | : | 18 U.S.C. § 371 (conspiracy to commit armed bank robbery - 1 count) |
| **FILED** | : | 18 U.S.C. § 2113(d) (armed bank robbery - 1 count) |
| JUL 3 0 2009 | : | 18 U.S.C. § 924(c)(1) (carrying and using a firearm during a crime of violence - 1 count) |
| MICHAEL E. KUNZ, Clerk By_____Dep. Clerk | : | 18 U.S.C. § 2 (aiding and abetting) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. At all times material to this indictment, Sovereign Bank, located at 125 South Providence Road in Media, Pennsylvania ("Sovereign Bank"), was insured by the Federal Deposit Insurance Corporation.

2. On or about December 19, 2008, defendant

**EMANUEL E. PATTERSON,**
**a/k/a "Manny,"**

conspired and agreed, together with Rahsaan Lahvon Ford, a/k/a "Saan," a/k/a "Saani," a/k/a "White Bread," and Norman Michael Hawkins, Jr., a/k/a "Tute," both charged elsewhere, to commit an offense against the United States, that is, to knowingly and unlawfully commit armed bank robbery, in violation of Title 18, United States Code, Section 2113(d).

## MANNER AND MEANS

3. It was part of the conspiracy that defendant EMANUEL E. PATTERSON, along with Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr. planned and executed a gun-point robbery of the Sovereign Bank in Media, Pennsylvania, during which they stole approximately $78,142.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, defendant EMANUEL E. PATTERSON, together with Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr., committed the following overt acts, among others, in the Eastern District of Pennsylvania:

On or about December 19, 2008:

1. Defendant EMANUEL E. PATTERSON, together with Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr. met and discussed robbing a bank. Defendant PATTERSON agreed to serve as the getaway driver during the bank robbery.

2. On the morning of the robbery, defendant EMANUEL E. PATTERSON drove Rahsaan Lahvon Ford to pick up Norman Michael Hawkins, Jr. Defendant PATTERSON then drove Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr. to the general area of the Sovereign Bank.

3. At about 10:00 a.m., after having put on dark clothing to cover their faces, Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr. entered the Sovereign Bank. Hawkins pointed a semiautomatic pistol at bank employees and customers and ordered them to get on the floor, while Ford vaulted over the teller counter, emptied cash from various teller drawers and a bank vault, and stuffed approximately $78,142 in cash into a plastic bag.

4. During the robbery, defendant EMANUEL E. PATTERSON stayed in the area immediately outside of the bank while Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr., were inside the bank stealing cash from the bank and its employees.

5.	After stealing the money, Rahsaan Lahvon Ford and Norman Michael Hawkins, Jr. fled from the bank. Defendant EMANUEL E. PATTERSON fled towards a trolley and boarded it in an attempt to get away as did Rahsaan Lahvon Ford, and Norman Michael Hawkins, Jr.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 and 3, and Overt Acts 1 through 5 of Count One of this indictment are incorporated here.

2. On or about December 19, 2008, in Media, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**EMANUEL E. PATTERSON,**
a/k/a "Manny,"

knowingly and unlawfully, by force and violence, and intimidation, took, and aided and abetted the taking of, lawful currency of the United States, that is, approximately $78,142, from employees of the Sovereign Bank, located at 125 South Providence Road, Media, Pennsylvania, belonging to, and in the care, custody, control, and management and possession of the Sovereign Bank, the deposits of which were and are insured by the Federal Deposit Insurance Corporation, and in so doing, knowingly and unlawfully assaulted and put in jeopardy the lives of the employees of the Sovereign Bank and other persons, by use of a firearm, that is, a Talon Industries T100 .380 caliber pistol, serial number 000571.

In violation of Title 18, United States Code, Sections 2113(d) and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 19, 2008, in Media, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**EMANUEL E. PATTERSON,**
a/k/a "Manny,"

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a Talon Industries T100 .380 caliber pistol, serial number 000571, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, conspiracy to commit armed bank robbery, in violation of Title 18, United States Code, Section 371, and armed bank robbery, in violation Title 18, United States Code, Sections 2113(d) and 2.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 924(c), set forth in this indictment, defendant

**EMANUEL E. PATTERSON,**
a/k/a "Manny,"

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such offense, including, but not limited to, a Talon Industries T100 .380 caliber pistol, serial number 000571.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**


_____
**FOREPERSON**

_____
**MICHAEL L. LEVY**
**United States Attorney**

6