**EXHIBIT B**



U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*ANTHONY G. KYRIAKAKIS*
*Direct Dial (215) 861-8216*
*Fax (215) 861-8594*
*Email Address: anthony.kyriakakis@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 9, 2009

Mark Jay Krum, Esq.
100 South Broad Street, Suite 1910
Philadelphia, PA 19110

BY FIRST CLASS MAIL

      RE:    Discovery in <u>United States v. Emanuel E. Patterson</u>
               Criminal No. 09-513

Dear Mr. Krum:

      Enclosed please find additional discovery material with respect to the above-referenced case. More specifically, enclosed are documents, Bates-numbered COM-220 through COM-241, which include copies of the grand jury testimony of John Benham (7/30/09), an Inmate Center Report from the Federal Detention Center ("FDC"), and a 302 report of an interview of Norman Hawkins (1/28/08).

      Also enclosed are two compact discs, Bates-numbered CD001 and CD002. CD001 contains recordings of telephone calls made by the defendant while at the FDC. CD002 contains copies of emails sent and received by the defendant at the FDC.

      At trial, the government anticipates calling a forensic expert to testify that the Talon Industries T100 .380 caliber pistol, serial number 000571, recovered in this case is an actual firearm that is operable.

1

Please contact us immediately if you do not receive all of the enclosed materials.

Very truly yours,

MICHAEL L. LEVY
United States Attorney

ANTHONY G. KYRIAKAKIS
ALEXANDER T.H. NGUYEN
Assistant United States Attorney

Enclosures