**EXHIBIT D**



U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*ANTHONY G. KYRIAKAKIS*
*Direct Dial (215) 861-8216*
*Fax (215) 861-8618*
*Email Address: anthony.kyriakakis@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 13, 2009

Mark Jay Krum, Esq.
151 E. 58th Street, 47th Floor
New York, NY 10022

*BY ELECTRONIC MAIL (MarkJayKrum@aol.com)*

      RE:    Discovery in <u>United States v. Emanuel E. Patterson</u>
               Criminal No. 09-513

Dear Mr. Krum:

         Enclosed is the firearm report prepared by Police Officer Shane Gaghan, whose C.V. was sent to you on October 10, 2009. It is Bates-numbered COM-307 through COM-312.

         Please contact us immediately if you do not receive all of the enclosed materials or have any questions or additional requests.

                        Very truly yours,

                        MICHAEL L. LEVY
                        United States Attorney

                        /s/ Anthony G. Kyriakakis
                        ANTHONY G. KYRIAKAKIS
                        Assistant United States Attorney

Encls.

Form FIU-1

## PHILADELPHIA POLICE DEPARTMENT
## FIREARMS IDENTIFICATION UNIT

| CASE 999999 | DC # FBI# 91A-PH-105297 | | ARREST Y | SECURITY 3 |
|---|---|---|---|---|
| OCCURRENCE DATE/TIME UNKNOWN | | LOCATION FIU Laboratory | | |
| SUBMITTED BY S/A Vito D. Roselli | | BADGE 0000 | PAYROLL 0000000 | DIST/UNIT FBI |
| DATE/TIME SUBMITTED 10-09-09   12:00 PM | | PROPERTY RECEIPT # CASE ID # 91A-PH-102072 | | |
| TAKEN FROM NAME FBI Evidence | | | | AGE |
| ADDRESS | | | ASSOC. DC # | |

| TYPE PI | MAKE ZZZ | MODEL T100 | CALIBER 380 Auto | |
|---|---|---|---|---|
| SERIAL 00057 | BARREL 3 ¼ " | GRIP/STOCK Mld Blk Plas | | FINISH BLK |
| LAG 08R | TEST FIRED Y | OPERABLE N | MAX CAPACITY 1 | |

### REMARKS

Pistol (P-1) Gunshot residue in barrel. Minor impact marks on various

external surfaces. P-1 inoperable as received due to a bent and

misaligned trigger spring, not holding upward pressure on trigger bar.

Corrected by examiner for test fire.

P-1 was manufactured in Ennis Montana by Talon Ind. and is a clone of

the Kel-tec P-11 Pistol.

No magazine or ammunition submitted at this time.

Lab Fee:$ 210

| EXAMINER: P/O Gaghan (1153/ 236978) | CO-EXAMINER  ANDRESCZAK ( 1935 / 2 /5618 ) |
|---|---|
| DATE/TIME  10-09-09 | DATE/TIME  10/09/09 |

Page _1_ of_1_

COM-308