IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
v.                              :    CRIMINAL ACTION NO. 09-
                                :
EMANUEL E. PATTERSON,           :
    a/k/a "MANNY"               :

**ORDER**

AND NOW, this 16th day of October, 2009, upon consideration of Defendant's Motion To Suppress Involuntary Statements Induced By Promises Of Leniency (Doc. No. 21), and all papers submitted in support thereof and in opposition thereto, and after hearing in open Court, it is ORDERED that the Motion is DENIED.

BY THE COURT:

R. Barclay Surrick, J.

cc: ST