IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. 09-513 |
| : | |
| EMANUEL E. PATTERSON, : | |
|   a/k/a "MANNY" : | |

**ORDER**

AND NOW, this  21st  day of October, 2009, upon consideration of the Government's Motion *in Limine* to Use Defendant's Prior Convictions (Doc. No. 17), Defendant's Motion *in Limine* to Exclude any Evidence of Prior Convictions Pursuant to Federal Rule of Evidence 609 (Doc. No. 20), and all papers submitted in support thereof and in opposition thereto, and after hearing in open Court, it is ORDERED as follows

1. The Government's Motion is GRANTED in part and DENIED in part. The Government may introduce evidence of Defendant's prior conviction for robbery.

2. Defendant's Motion is GRANTED in part and DENIED in part. The Government may not introduce evidence of Defendant's prior convictions other than Defendant's prior robbery conviction.

BY THE COURT:

_____
R. Barclay Surrick, J.